# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Costco**

# US9280689B2

United States

Inventor Marvin T. Ling

Current Assignee Individual

---

Worldwide applications

2011  WO ~~EP~~ US

---

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Costco has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.*  |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *Plaintiff contends that the method provides a **personal code** ["COSTCO MEMBERSHIP NUMBER"] to a person for their use to **purchase goods** ["MEMBER SAVINGS EVENT"].*<br><br>*For example, the method gives a person a unique membership code (like a Costco membership number), which they can use to purchase items. The personal code helps identify the individual as a member, granting them access to specific deals or promotions available only to members.* |



<https://www.costco.com/> © 2024



<https://ficoforums.myfico.com/t5/Credit-Cards/Costco-Anywhere-Visa-Card/td-p/4512044/page/16> © 2024

| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said | *Plaintiff contends that the method converts said **personal code** ["COSTCO MEMBERSHIP NUMBER"] into barcode format to form a **User ID Barcode** [COSTCO MEMBERSHIP BARCODE], said **User ID Barcode** [COSTCO MEMBERSHIP BARCODE] corresponding to said **personal code** ["COSTCO MEMBERSHIP NUMBER"] and including* |
|---|---|---|

| User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | at least one **special character** [*"Code 128 can also encode … special characters"*] to distinguish the barcode as a **User ID Barcode** [*COSTCO MEMBERSHIP BARCODE*] from a **product barcode** [*"UPC and EAN will only encode numbers"*].<br><br>*For example, the method takes a personal membership code, like a Costco membership number, and converts it into a barcode format (referred to as a "User ID Barcode"). This barcode is linked to the original membership number and includes at least one special character. The special character ensures that this barcode is recognized as a membership ID barcode (rather than a typical product barcode, such as those used for items with UPC or EAN codes, which only contain numbers). This distinction allows the membership barcode to serve a different function from product barcodes.*<br><br><br><https://ficoforums.myfico.com/t5/Credit-Cards/Costco-Anywhere-Visa-Card/td-p/4512044/page/16> © 2024<br><br> Costco membership cards typically use **Code 128** barcodes. This barcode format is widely used in retail and for tracking purposes due to its ability to store alphanumeric data efficiently. The Code 128 barcode allows Costco to encode membership information, such as the member's unique identification number, into the barcode for scanning at checkout or during membership verification.<br><br>## Code 128 vs UPC / EAN<br><br>UPC and EAN will only encode numbers while **Code 128** can also encode letters (large cap and small cap) and a variety of special characters. In addition, EAN and UPC are fixed length codes: They only encode exactly twelve (UPC-A, GTIN-12) or thirteen (EAN 13, GTIN-13) digits. For more about EAN, see EAN 13 Explained.<br><br>*<https://softmatic.com/barcode-code-128.html>* © 2022 |

| | | |
|---|---|---|
| | | **Result**<br>**Format:**<br>CODE_128<br><br>**Type:**<br>Text<br><br>**Content:**<br>6275980396015067034<br><br>The result contains not printable characters.<br><br>**Hex values:**<br>36 32 37 35 39 38 30 33 39 36 30 31 35 30 36 37 30 33 34 0a<br><br><*https://www.onlinebarcodereader.com/*><br><br><br><br>IN-WAREHOUSE + ONLINE<br><br>**$5 OFF** LIMIT 2<br><br>**Bounty Advanced Paper Towels**<br>12/101 Sheets<br>Item 1720981, 1720886<br><br>*Selection varies by location. Available at select Business Centers. Available for delivery at a higher price.*<br><br><*https://www.costco.com/online-offers.html*> © 2024 |
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *Plaintiff contends that the method stores said **personal code** ["COSTCO MEMBERSHIP NUMBER"] in said **User ID Barcode** [COSTCO MEMBERSHIP BARCODE] format by said person for use to **purchase goods** ["MEMBER SAVINGS EVENT"] and storing said **personal code** ["COSTCO MEMBERSHIP NUMBER"] in a **User Vendor Management Server** ["COSTCO ANYWHERE VISA® CARD BY CITI"] to permit **purchases** ["MEMBER SAVINGS EVENT"] to be made at a vendor.*<br><br>*For example, the method stores a person's membership number (like a Costco membership number) in a barcode format, referred to as the "User ID Barcode." This barcode is then used by the person to make purchases, such as during member savings* |

*events. Additionally, the membership number is stored in a vendor management system (like the system used for the Costco Anywhere Visa® Card by Citi), which allows the individual to make purchases at affiliated vendors. Essentially, the membership number is used both for in-store purchases and linked to a system that manages external purchases through a related card or service.*



<<https://ficoforums.myfico.com/t5/Credit-Cards/Costco-Anywhere-Visa-Card/td-p/4512044/page/16>> © 2024

COSTCO ANYWHERE VISA® CARD BY CITI



# Fill your cart with Cash Back Rewards. It's easy.

Exclusively for Costco members. You'll need an active Costco membership to apply – **Join Costco today >**

**Can you get a credit limit increase with the Costco Anywhere Visa® Card by Citi?**

As a cardmember you may be eligible for a credit limit increase. You can request a credit limit increase online for the Costco Anywhere Visa Card at citi.com/creditcards or via phone at 866-641-4054 (TTY: Use 711 or Other Relay Service).

<*https://www.citi.com/credit-cards/citi-costco-anywhere-visa-credit-card*> *© 2024*



<https://www.costco.com/> © 2024

| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *Plaintiff contends that the method establishes a* **User Account** *[CITI VISA NUMBER] in a* **User Vendor Management Server** *["COSTCO ANYWHERE VISA® CARD BY CITI"] corresponding to said* **personal code** *["COSTCO MEMBERSHIP NUMBER"].*<br><br>*For example, the method creates a user account (such as a Citi Visa account number) in a vendor management system (like the Costco Anywhere Visa® Card by Citi) that is linked to the person's membership number (Costco membership number). In other words, the Costco membership number is tied to a credit card account, allowing purchases to be tracked and managed through that card in the vendor's system. This connection allows the person to use their membership for making purchases via the credit card system.* |

COSTCO ANYWHERE VISA® CARD BY CITI

**citi | Costco** WHOLESALE

# Fill your cart with Cash Back Rewards. It's easy.

Exclusively for Costco members. You'll need an active Costco membership to apply – **Join Costco today >**

**Can you get a credit limit increase with the Costco Anywhere Visa® Card by Citi?**

As a cardmember you may be eligible for a credit limit increase. You can request a credit limit increase online for the Costco Anywhere Visa Card at citi.com/creditcards or via phone at 866-641-4054 (TTY: Use 711 or Other Relay Service).

<*https://www.citi.com/credit-cards/citi-costco-anywhere-visa-credit-card*> *© 2024*



<https://ficoforums.myfico.com/t5/Credit-Cards/Costco-Anywhere-Visa-Card/td-p/4512044/page/16> © 2024

| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *Plaintiff contends that the method deposits funds in said **User Account** [CITI VISA NUMBER] to establish a **credit limit** ["credit limit"].*<br><br>*For example, the method involves adding money to the user's account (like a Citi Visa account number) to set a credit limit. This means that the account is given a specific limit, determining how much the user can spend, based on the amount deposited or assigned as part of the credit process.* |



<*https://www.costco.com/my-life-benefits-costco-anywhere-visa.html*> *© 2024*

COSTCO ANYWHERE VISA® CARD BY CITI

# Fill your cart with Cash Back Rewards. It's easy.

Exclusively for Costco members. You'll need an active Costco

membership to apply – Join Costco today >

**Can you get a credit limit increase with the Costco Anywhere Visa® Card by Citi?**

As a cardmember you may be eligible for a credit limit increase. You can request a credit limit increase online for the Costco Anywhere Visa Card at citi.com/creditcards or via phone at 866-641-4054 (TTY: Use 711 or Other Relay Service).

<*https://www.citi.com/credit-cards/citi-costco-anywhere-visa-credit-card*> *© 2024*

| | | |
|---|---|---|
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase | *Plaintiff contends that the method conducts* **purchases** *["MEMBER SAVINGS EVENT"] at vendors each having a* **vendor server** *["stand-alone server"] wherein each* **purchase** *["MEMBER SAVINGS EVENT"] includes scanning* **product barcodes** *["UPC and EAN will only encode numbers"] including* **product price** *["199.99"] and said* **User ID Barcode** |

| includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *[COSTCO MEMBERSHIP BARCODE] with a **product barcode** ["UPC and EAN will only encode numbers"] **scanner** ["scanned at Costco registers"] at the **vendor cash register** ["UPC and EAN will only encode numbers"] and transmitting both **product barcodes** ["Costco registers"] and **User ID Barcode** [COSTCO MEMBERSHIP BARCODE] to said **vendor server** ["stand-alone server"].*<br><br>*For example, the method allows for purchases at vendors (like Costco) by scanning product barcodes, which contain price information, and a User ID Barcode (the Costco membership barcode). Both barcodes are scanned at the vendor's cash register, which then sends the product and user information to the vendor's server to complete the transaction. This system links the customer's membership and the items they purchase for processing the sale.*<br><br><br><https://www.costco.com/> © 2024 |

<*https://www.costco.com/online-offers.html*> © 2024

- Ensure service monitoring is configured and enabled. By default, service monitoring is enabled for servers or clusters created as part of deployment environment and stand-alone server profiles. If you have created a new server with the administrative console, however, you must configure and enable the service monitor before you can use the Service Monitor widget.
- If you are using an external HTTP server to access Business space, make sure to configure the HTTP server to allow encoded slashes. Refer to the HTTP server documentation for details.

<https://bpm.costco.com/BusinessSpaceHelp/index.jsp?topic=%2Fcom.ibm.bspac e.help.widg.wpsesb.doc%2Ftopics%2Ftadm_monitoringservices.html>

## Code 128 vs UPC / EAN

UPC and EAN will only encode numbers while **Code 128** can also encode letters (large cap and small cap) and a variety of special characters. In addition, EAN and UPC are fixed length codes: They only encode exactly twelve (UPC-A, GTIN-12) or thirteen (EAN 13, GTIN-13) digits. For more about EAN, see EAN 13 Explained.

<*https://softmatic.com/barcode-code-128.html*> *© 2022*



<https://ficoforums.myfico.com/t5/Credit-Cards/Costco-Anywhere-Visa-Card/td-p/4512044/page/16> © 2024

> Your Costco Anywhere Visa Card is now an active payment method in your Digital Membership Card and is ready to be used at Costco registers (excluding the gas station and food court).

<*https://customerservice.costco.com/app/answers/answer_view/a_id/8833/~/costco-pay-faqs*> © 2024

> On your new phone, open your Costco App and tap the membership tab. You will be prompted to transfer your Digital Membership Card onto your new device. You can transfer your digital card to a new phone one time before you need to visit the Membership counter or contact us using the link on the left of this page to reset your digital card. Transfers include uninstalling and reinstalling the app, even on the same phone. Screenshot versions of the digital card cannot be scanned at Costco registers.

<*https://customerservice.costco.com/app/answers/answer_view/a_id/10294/loc/en_US*> © 2024



<https://www.costco.com/s?dept=All&keyword=octfeaturedvalues&refine=item_location_availability-in%2520stock%257C%257Citem_program_eligibility-ShipIt&ADBUTLERID=homepage_half_hero_octfeatvalues> © 2024

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *Plaintiff contends that the method detects the **User ID Barcode** [COSTCO MEMBERSHIP BARCODE] at the **vendor server** ["stand-alone server"] and forwarding the **ID Barcode** [COSTCO MEMBERSHIP BARCODE] and **purchase price** ["199.99"] to said **User Vendor Management Server** ["COSTCO ANYWHERE VISA® CARD BY CITI"].*<br><br>*For example, the method involves detecting the User ID Barcode (which is the Costco membership barcode) at the vendor's server. After detecting it, the system forwards both the User ID Barcode and the purchase price to the User Vendor Management Server, which in this case is the "Costco Anywhere Visa® Card by Citi." This server is responsible for managing transactions and linking the user's membership and credit information to the purchase for further processing.* |



<https://ficoforums.myfico.com/t5/Credit-Cards/Costco-Anywhere-Visa-Card/td-p/4512044/page/16> © 2024

- Ensure service monitoring is configured and enabled. By default, service monitoring is enabled for servers or clusters created as part of deployment environment and stand-alone server profiles. If you have created a new server with the administrative console, however, you must configure and enable the service monitor before you can use the Service Monitor widget.
- If you are using an external HTTP server to access Business space, make sure to configure the HTTP server to allow encoded slashes. Refer to the HTTP server documentation for details.

<https://bpm.costco.com/BusinessSpaceHelp/index.jsp?topic=%2Fcom.ibm.bspace.help.widg.wpsesb.doc%2Ftopics%2Ftadm_monitoringservices.html>



October Savings

Color: **White**

**$199.99**

Frigidaire Gallery Nugget Ice Maker, 44 lbs

(957)

**Delivery** Available

See Product Details for Warehouse Availability

Warehouse pricing may vary

October Savings

**$54.99**

Cuisinart Brew Central 14-cup Programmable Coffee Maker

(3,068)

**Delivery** Available

**Buy in Warehouse** In Stock at Seattle

Warehouse pricing may vary

Feedback

<*https://www.costco.com/s?dept=All&keyword=octfeaturedvalues&refine=item_location_availability-in%2520stock%257C%257Citem_program_eligibility-ShipIt&ADBUTLERID=homepage_half_hero_octfeatvalues*> © 2024

<table>
<tr><td></td><td></td><td>

COSTCO ANYWHERE VISA® CARD BY CITI



# Fill your cart with Cash Back Rewards. It's easy.

Exclusively for Costco members. You'll need an active Costco membership to apply – **Join Costco today >**

**Can you get a credit limit increase with the Costco Anywhere Visa® Card by Citi?**

As a cardmember you may be eligible for a credit limit increase. You can request a credit limit increase online for the Costco Anywhere Visa Card at citi.com/creditcards or via phone at 866-641-4054 (TTY: Use 711 or Other Relay Service).

<*https://www.citi.com/credit-cards/citi-costco-anywhere-visa-credit-card*> *© 2024*

</td></tr>
</table>

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *Plaintiff contends that the method compares the **purchase price** ["199.99"] with the funds in said **User Vendor Management Server** ["COSTCO ANYWHERE VISA® CARD BY CITI"] to determine if there are available funds within the **credit limit** ["credit limit"] in the **User Vendor Management Server** ["COSTCO ANYWHERE VISA® CARD BY CITI"] account, and if there are, sending an **approval signal** ["completion transaction"] to the **vendor server** ["stand-alone server"].* <br><br> *For example, the method involves comparing the purchase price (e.g., $199.99) with the available funds in the User Vendor Management Server (in this case, the "Costco Anywhere Visa® Card by Citi"). The system checks whether the user has enough credit available within their credit limit. If sufficient funds are available, the system sends an approval signal to the vendor's server (referred to as the "stand-alone server"), allowing the purchase transaction to be completed.* |

<*https://www.costco.com/s?dept=All&keyword=octfeaturedvalues&refine=item_location
_availability-in%2520stock%257C%257Citem_program_eligibility-
ShipIt&ADBUTLERID=homepage_half_hero_octfeatvalues*> © 2024

## COSTCO ANYWHERE VISA® CARD BY CITI



# Fill your cart with Cash Back Rewards. It's easy.

Exclusively for Costco members. You'll need an active Costco

membership to apply – **Join Costco today >**

**Can you get a credit limit increase with the Costco Anywhere Visa® Card by Citi?**

As a cardmember you may be eligible for a credit limit increase. You can request a credit limit increase online for the Costco Anywhere Visa Card at citi.com/creditcards or via phone at 866-641-4054 (TTY: Use 711 or Other Relay Service).

<*https://www.citi.com/credit-cards/citi-costco-anywhere-visa-credit-card*> *© 2024*

**A:** When fuel is purchased with a PIN debit card or Visa card, Costco requests a "pre-authorization" from the card issuer before beginning the fueling process. This is a temporary hold that assures Costco will be paid for fuel dispensed. The "pre-authorized" amount is approved by the card issuer and may be up to $150. After fuel is dispensed, Costco IMMEDIATELY sends a "completion transaction" message to the card issuer with the actual purchase amount. It is the responsibility of the card issuer to remove the "pre-authorization" amount promptly. Please call the bank customer service number on the back of your card if you have questions or concerns.

<*https://customerservice.costco.com/app/answers/answer_view/a_id/9230/loc/en_US*>
© 2024

| | | |
|---|---|---|
| | | <ul><li>Ensure service monitoring is configured and enabled. By default, service monitoring is enabled for servers or clusters created as part of deployment environment and <u>stand-alone server</u> profiles. If you have created a new server with the administrative console, however, you must configure and enable the service monitor before you can use the Service Monitor widget.</li><li>If you are using an external HTTP server to access Business space, make sure to configure the HTTP server to allow encoded slashes. Refer to the HTTP server documentation for details.</li></ul><br><https://bpm.costco.com/BusinessSpaceHelp/index.jsp?topic=%2Fcom.ibm.bspace.help.widg.wpsesb.doc%2Ftopics%2Ftadm_monitoringservices.html> |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *Plaintiff contends that the method forwards the* **approval signal** *[*"completion transaction"*] to the* **vendor cash register** *[*"Costco registers"*].*<br><br>*For example,*<br><br>**A:** When fuel is purchased with a PIN debit card or Visa card, Costco requests a "pre-authorization" from the card issuer before beginning the fueling process. This is a temporary hold that assures Costco will be paid for fuel dispensed. The "pre-authorized" amount is approved by the card issuer and may be up to $150. After fuel is dispensed, Costco IMMEDIATELY sends a "<u>completion transaction</u>" message to the card issuer with the actual purchase amount. It is the responsibility of the card issuer to remove the "pre-authorization" amount promptly. Please call the bank customer service number on the back of your card if you have questions or concerns.<br><br><*https://customerservice.costco.com/app/answers/answer_view/a_id/9230/loc/en_US*> © 2024<br><br><br><br><*https://customerservice.costco.com/app/answers/answer_view/a_id/8833/~/costco-pay-faqs*> © 2024 |
| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase | *Plaintiff contends that the method repeats steps (f) through (i) for subsequent purchase transactions using said* **User ID Barcode** *[COSTCO MEMBERSHIP BARCODE].* |

| | | |
|---|---|---|
| | transactions using said User ID Barcode. | *For example,*  <<https://ficoforums.myfico.com/t5/Credit-Cards/Costco-Anywhere-Visa-Card/td-p/4512044/page/16>> © 2024 |