# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | No. | MO:24-CV-00307 |
| § | | |
| **COSTCO WHOLESALE CORPORATION,** § | | |
| *Defendant*. § | | |

## ORDER AND ADVISORY

BEFORE THE COURT is the above-entitled and numbered cause. So that this Court may efficiently manage its docket, U.S. District Judge David Counts of the Western District of Texas assigns this civil case to U.S. Magistrate Judge Derek T. Gilliland. Any pretrial matter will be handled by the Magistrate Judge. If the parties consent to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c), the parties shall notify the Court by filing the attached form and the case will be placed on the docket of the Magistrate Judge for all future proceedings, including entry of final judgment.

It is hereby **ORDERED** that this case is referred to U.S. Magistrate Judge Derek T. Gilliland pursuant to the authority vested in United States Magistrate Judges by 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrates.

It is further **ORDERED** that the Magistrate Judge, in the interest of obtaining prompt resolution of the above-styled and numbered cause, shall have the authority to issue any preliminary orders and conduct any necessary evidentiary hearings or other appropriate proceedings. The Magistrate Judge shall submit to the District Judge a report containing proposed Findings of Fact and Recommendations for the disposition of the above-captioned cause.

It is so **ORDERED**.

SIGNED this 2nd day of December, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | No. | MO:24-CV-00307 |
| § | | |
| **COSTCO WHOLESALE CORPORATION,** § | | |
| *Defendant*. § | | |

**ADVISORY TO THE CLERK OF COURT**

The undersigned party in the above-captioned case elects as follows (please select only one of the following options):

☐ I CONSENT to proceed before a United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636. The undersigned party in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☐ I DO NOT CONSENT to proceed before a United States Magistrate Judge. The undersigned party in the above-captioned case elects not to have this case decided by a United States Magistrate Judge and prefer that this case proceed before the District Judge.

| *Party or Party Represented* | *Signature of Party or Party's Attorney* | *Date* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |