AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC <br><br> *Plaintiff(s)* <br> v. <br> COSTCO WHOLESALE CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:24-cv-00307 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COSTCO WHOLESALE CORPORATION
c/o Registered Agent
John Sullivan
999 Lake Drive
Issaquah, Washington 98027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    William P. Ramey, III
RAMEY LLP
5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 12/02/2024

*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED
ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:24-cv-00307

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

SERVICE RETURN ATTACHED

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Texas

Case Number: 7:24-CV-00307

Plaintiff:
**Wolverine Barcode IP, LLC**
vs.
Defendant:
**Costco Wholesale Corporation**

For: Ramey LLP

Received these papers on the 24th day of January, 2025 at 8:55 am to be served on **Costco Wholesale Corporation by serving its registered agent, John Sullivan, 730 Lake Drive, Issaquah, King County, WA 98027**. I, __Hillary Hitz__, do hereby affirm that on the __30th__ day of __January__, 20__25__ at __10:26a__.m., executed service by delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint for Patent Infringement, Exhibit A, and Exhibit B** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to __Haelin Mattsen__ (individual accepting) as __Paralegal__ (title), at __730 Lake Drive__ (street), __Issaquah__ (city), __WA__ (state) __98027__ (zip code) __King__ (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

My name is __Hillary__ (First) __Lynn__ (Middle) __Hitz__ (Last), my date of birth is __5/14/84__ and my address is __11410 NE 124th St #711__ (Street) __Kirkland__ (City) __WA__ (State) __98034__ (Zip Code) __King__ (Country).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in __King__ County, State of __WA__ on the __30th__ day of __January__ (Month), __2025__ (Year).

PROCESS SERVER # __2220715__
Appointed in accordance with State Statutes

Our Job Serial Number: 2025000817
Ref: Wolverine Barcode v. Costco Wholesale

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703
(512) 717-5600