## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

**WOLVERINE BARCODE IP LLC,**

*Plaintiff,*

**vs.**

**COSTCO WHOLESALE CORPORATION,**

*Defendant.*

**NO. 7 :24-cv-00307-DC-DTG**

**JURY TRIAL DEMANDED**

## DEFENDANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO ANSWER OR
## OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Costco Wholesale Corporation ("Costco") files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint and would respectfully show the following:

Plaintiff Wolverine Barcode IP LLC, ("Wolverine") filed its Original Complaint on January 27, 2025. Defendant Costco was served with the summons and Complaint on January 30, 2025, making their original deadline to answer or otherwise respond due on February 20, 2025.

Counsel for Costco requested and received a 40-day extension from Plaintiff so that it may conduct further investigation into facts that may be pertinent to its initial response to the complaint. Counsel for Wolverine has agreed to an extension of Costco's deadline to answer or otherwise respond to the Complaint until April 1, 2025, so that Costco may continue to determine issues pertinent to its response. This motion for extension of time is not for the purpose of delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendants request that the Court: (1) grant this Unopposed Motion to Extend Deadline to Respond to Plaintiff's Original Complaint, (2) extend Costco's deadline to answer or otherwise respond to Plaintiff's Original Complaint for the

foregoing reasons, up to and including April 1, 2025, and (3) award such other and further relief

to which it may be entitled.


Dated:  February 12, 2025                                    Respectfully submitted,

                                                            */s/ M. Craig Tyler*
                                                            _____

                                                            M. Craig Tyler, Texas Bar No. 00794762
                                                            ctyler@perkinscoie.com
                                                            **PERKINS COIE LLP**
                                                            405 Colorado Street, Suite 1700
                                                            Austin, TX 78701
                                                            Tel. 737.256.6100
                                                            Fax. 737.256.6300

                                                            Ramsey M Al-Salam, Bar No. 18822
                                                            ralsalam@perkinscoie.com
                                                            **PERKINS COIE, LLP**
                                                            1201 Third Avenue, 40th Fl
                                                            Seattle, WA 98101
                                                            Phone: 206.359.8000
                                                            Fax: 206.359.9000


                                                            **ATTORNEYS FOR DEFENDANT
                                                            COSTCO WHOLESALE CORPORATION**

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff via email on February 6, 2025, and they confirmed that they do not oppose this motion.

.

*/s/ M. Craig Tyler*
M. Craig Tyler

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on February 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ M. Craig Tyler*
M. Craig Tyler
