THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,** *Plaintiff*, vs. **COSTCO WHOLESALE CORPORATION,** *Defendant*. | NO. 7:24-cv-00307-DC-DTG<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant Costco Wholesale Corporation Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Wolverine Barcode IP LLC's Complaint. Noting the lack of opposition from any party, the Court finds that the motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant shall file its answer or otherwise respond to Plaintiff's Original Complaint on or before April 1, 2025.

IT IS SO ORDERED this ___ day of _____, 2025.

_____
JUDGE DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE