THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,** *Plaintiff,* vs. **COSTCO WHOLESALE CORPORATION,** *Defendant.* | NO. 7:24-cv-00307-DC-DTG JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Defendant Costco Wholesale Corporation ("Costco") hereby notifies the Court that the following person is appearing as counsel of record in the above-styled matter on their behalf:

M. Craig Tyler
Bar No. 794762
**PERKINS COIE LLP**
405 Colorado Street
Suite 1700
Austin, TX 78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300

ctyler@perkinscoie.com

-2-

Dated: February 12, 2025                                   Respectfully submitted,

*/s/ M. Craig Tyler*

M. Craig Tyler, Texas Bar No. 00794762
ctyler@perkinscoie.com
**PERKINS COIE LLP**
405 Colorado Street, Suite 1700
Austin, TX 78701
Tel. 737.256.6100
Fax. 737.256.6300

Ramsey M Al-Salam, Bar No. 18822
ralsalam@perkinscoie.com
**PERKINS COIE, LLP**
1201 Third Avenue, 40th Fl
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

**ATTORNEYS FOR DEFENDANT
COSTCO WHOLESALE CORPORATION**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ M. Craig Tyler*
M. Craig Tyler
