IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 7:24-CV-00307 |

**DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

In response to the allegations of the Complaint, Defendant Costco Wholesale Corporation ("Costco") responds as follows:

**I.    THE PARTIES**

1. Regarding paragraph one, Costco is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

2. Regarding paragraph two, Costco denies that it has introduced "products and services that perform infringing methods or processes" or has committed any other acts of infringement. Costco admits that it has a regular and established place of business at the location identified and can be served through the registered agent identified.

**II.    JURISDICTION AND VENUE**

3. Regarding paragraph three, the allegations are admitted.

4. Regarding paragraph four, Costco admits that, based on the allegations of the Complaint, the Court can exercise jurisdiction over it for the purposes of the claims.

-1-

5. Regarding paragraph five, Costco denies that it has committed any acts of infringement. Costco admits, however, that venue is proper.

## III.     INFRINGEMENT – Infringement of the '689 Patent

6. Regarding paragraph six, Costco admits that Exhibit A appears to be a copy of U.S. Patent No. 9,280,689 ("the '689 patent"). Costco denies that the '689 patent is valid. With respect to the remaining allegations, Costco is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

7. Regarding paragraph seven, Costco admits that the '689 patent purports to describe and claim an invention related to the identified subject matter.

8. Regarding paragraph eight, the allegations are denied.

9. Regarding paragraph nine, the allegations are denied.

10. Regarding paragraph ten, the allegations are denied.

11. Regarding paragraph eleven, the allegations are denied.

12. Regarding paragraph twelve, the allegations are denied.

13. Regarding paragraph thirteen, Costco is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

## IV.     CONDITIONS PRECEDENT

14. Regarding paragraph fourteen, Costco is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

15. Regarding paragraph fifteen, Costco is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

16. Regarding paragraph sixteen, the allegations relate to issues of law for which Costco is not required to respond.

17. Regarding paragraph seventeen, the allegations relate to issues of law for which Costco is

180634955.1

-3-

not required to respond.

18. Regarding paragraph eighteen, Defendant Costco is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

19. Regarding paragraph nineteen, Defendant Costco is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

20. To the extent any allegation of the Complaint is not addressed above, it is denied.

## V. COSTCO WHOLESALE CORPORATION'S AFFIRMATIVE DEFENSES

In further response to the Complaint, and without admitting that it has the burden of proof on such issues, Costco alleges as follows:

### NONINFRINGEMENT

21. Costco is not infringing any claim of the '689 patent.

### INVALIDITY

22. On information and belief, discovery will establish that the '689 patent is invalid for failure to comply with 35 U.S.C. §§ 102, 103, and/or 112.

### FAILURE TO MARK

23. On information and belief, plaintiff is not entitled to pursuit damages because of a failure to comply with the requirements of 35 U.S.C. 287.

### RESERVATION OF RIGHTS

24. Costco reserves the right to assert other defenses as supported by subsequent evidence obtained through discovery.

## VI. COUNTERCLAIM FOR DECLARATORY JUDGMENT

25. There is a justiciable controversy between plaintiff and Costco as to whether Costco has infringed any of plaintiff's patent rights, including the '689 patent.

26. Costco has not infringed any of plaintiff's patent rights, including the '689 patent.

Costco is entitled to declaratory judgment that it has not infringed any of plaintiff's patent rights, including the '689 patent.

27. There is a justiciable controversy between plaintiff and Costco as to whether the '689 patent is valid. On information and belief, discovery will establish that the '689 patent, including each of its claims, is invalid pursuant to 35 U.S.C. § 101, 102, 103, and/or 112.

28. Costco is entitled to declaratory judgment. The '689 patent is invalid.

## VII. COSTCO'S REQUEST FOR RELIEF

Wherefore, Costco requests that the Court grant the following relief:

(B)   For dismissal with prejudice of Plaintiff's claims of infringement;

(C)   For a declaratory judgment that Costco has not infringed any of plaintiff's patent rights, including any rights under the '689 patent;

(D)   For a declaratory judgment that the '689 patent is invalid;

(E)   For an injunction precluding Plaintiff from asserting to others, including Costco's customers and distributors, that Costco is infringing Plaintiff's patent claims under the '689 patent;

(F) For an award of Costco's reasonable attorneys' fees and costs, pursuant to 35 U.S.C. § 285, or as otherwise permitted by law; and

(G) For such other and further relief that the Court deems just and proper.

Dated: April 1, 2025                                  Respectfully submitted,

/s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WA Bar No. 18822
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000

M. Craig Tyler, TX Bar No. 00794762
CTyler@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: 737.256.6100
Fax: 737.256.6300

*Attorneys for Defendant Costco Wholesale Corporation*

-6-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served April 1, 2025 to all counsel of record, via the Court's CM/ECF system.

*/s/Ramsey M. Al-Salam*
Ramsey M. Al-Salam

180634955.1