# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC | § |
| | § |
| vs. | §    NO:  MO:24-CV-00307-DC-DTG |
| | § |
| COSTCO WHOLESALE CORPORATION | § |
| *Defendant* | |

# ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on April 23, 2025 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **16th day of April, 2025**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE