**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 7:24-CV-00307** |
| **v.** | ) | |
| | ) | |
| **COSTCO WHOLESALE** | ) | |
| **CORPORATION,** | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**PLAINTIFF/COUNTER-DEFENDANT'S ORIGINAL ANSWER TO
COUNTERCLAIMS**

Wolverine Barcode IP LLC, ("Wolverine") files this Original Answer to
Defendant/Counter-Plaintiff Costco Wholesale Corporation, ("Costco")'s Counterclaims.[1]

**Counterclaim for Declaratory Judgment[2]**

1. Admitted.[3]

2. Denied.

3. Admitted.

4. Denied.

5. Denied

PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to the relief its seeks in its Prayer.

---

[1] Doc. No. 12.
[2] Counterclaims begin on page 3 of Doc. No. 12.
[3] Each numbered paragraph corresponds to a numbered paragraph from Costco's counterclaims.

DEFENSES AND AFFIRMATIVE DEFENSES

Wolverine alleges and asserts the following defenses and affirmative defenses in response to the allegations in the Complaint. Regardless of how such defenses are listed herein, Verna undertakes the burden of proof only as to those defenses that are deemed affirmative defenses as a matter of law. In addition to the defenses described below, Verna reserves all rights to amend or supplement these defenses as additional facts become known.

- Costco has failed to allege how US Patent 11,403,932 is invalid;

- Costco has failed to allege how it is entitled to relief under Rule 11 or §1927; and,

- Costco has failed to allege how it is entitled to relief under §285.

Reservation of Additional Defenses

Wolverine's investigation of this matter is ongoing. It reserves all defenses under the Federal Rules of Civil Procedure, the patent laws of the United States, other applicable state or federal laws, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

Respectfully submitted,

**Ramey LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for WOLVERINE BARCODE IP LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of April 21, 2025, with a copy of the foregoing via e-mail.

/s/William P. Ramey, III
William P. Ramey, III