# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:24-CV-00307-DC-DTG |
| **COSTCO WHOLESALE CORPORATION,** | § | |
| *Defendant,* | § | |

## ORDER REGARDING CLAIM CONSTRUCTION

On April 16, 2025, the Court entered a scheduling order tentatively setting this case for a claim construction hearing on October 1, 2025. Dkt. No. 16 at 2. As evidenced by the parties' failure to file any claim construction briefing by the deadlines provided in the scheduling order, the Court finds that there are no terms requiring construction. It is **ORDERED** that the claim construction hearing is canceled and fact discovery will open as directed by the scheduling order.

**SIGNED** this 10th day of September, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE