# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>　　　Plaintiff, | Civil Action No. 7:24-cv-00307-DC-DTG |
| v. | |
| **COSTCO WHOLESALE CORPORATION,**<br>　　　Defendant | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, Wolverine Barcode IP, LLC, and Defendant, Costco Wholesale Corporation, hereby jointly stipulate to the dismissal of this action for all of Plaintiff's claims. The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent, and all of Defendant's counterclaims shall be dismissed WITHOUT PREJUDICE. The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

Dated: September 16, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ William P. Ramey, III*

　　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　　　**Ramey LLP**
　　　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　　　(713) 426-3923
　　　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Wolverine Barcode IP, LLC***

1

/s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WA Bar No. 18822
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000

M. Craig Tyler, TX Bar No. 00794762
CTyler@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: 737.256.6100
Fax: 737.256.6300

*Attorneys for Defendant Costco Wholesale Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that September 16, 2025, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ *William P. Ramey, III*
William P. Ramey, III

2